IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00595-MSK-MJW

JANIS M. REIGEL, individually,
BRENT A. REIGEL, individually, and
BRADLEY REIGEL, individually,

      Plaintiffs,

v.

CANYON SUDAR PARTNERS, L.L.C., a Delaware Limited Liability Company,
SAVASENIORCARE, L.L.C., a Delaware Limited Liability Company,
SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C., a Delaware Limited
Liability Company, and
SSC THORNTON OPERATING COMPANY, L.L.C., a Delaware Limited Liability Company,
all d/b/a ALPINE LIVING CENTER,
SUSAN KOPCINSKI, individually,
JACKIE CHO, individually, and
SARAH PEMKIEWICZ,

      Defendants.

---

### ORDER DISCHARGING ORDER TO SHOW CAUSE

---

THIS MATTER comes before the Court on the Defendants' Amended Notice of Removal **(#14)** filed in response to the Court's Order to Show Cause **(#11)**. Having considered the same,

**IT IS HEREBY ORDERED** that this Court's Order to Show Cause is deemed satisfied and the Order is **DISCHARGED.**

Dated this 18th day of April, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge