IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00595-MSK-MJW

JANIS M. REIGEL, et al.,

Plaintiff(s),

v.

CANYON SUDAR PARTNERS, LLC., et al,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Vacate Order Setting Scheduling/Planning Conference (docket no. 30) is DENIED.  The parties will have to conduct discovery whether this case is remanded back to the Adams County State District Court or whether this case proceeds to arbitration.

Date:  May 18, 2007