IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00595-MSK-MJW

JANIS M. REIGEL, et al.,

Plaintiff(s),

v.

CANYON SUDAR PARTNERS, LLC., et al,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Motion to Reconsider Order Denying Stipulated Motion to Vacate Order Setting Scheduling/Planning Conference (docket no. 38) is DENIED for the same reasons as previously stated by this court in it's minute order dated May 18, 2007 (docket no. 32).

It is FURTHER ORDERED that the Stipulated Motion to Reset Scheduling Conference (docket no. 39) is also DENIED.  The grounds stated in the subject motion were never raised in the first filed Stipulated Motion to Vacate Order Setting Scheduling/Planning Conference (docket no. 30) that this court previously denied.  See docket no. 32.  This motion (docket no. 39) is an attempt to circumvent this court's earlier ruling in minute order (docket no. 32).  Moreover, there are multiple attorneys for both sides listed as counsel of record and at least one of those attorneys can be available and present for the Rule 16 Scheduling Conference.

Date:  May 29, 2007