IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00595-MSK-MJW

JANIS M. REIGEL, et al.,

Plaintiffs,

v.

CANYON SUDAR PARTNERS, LLC., et al,

Defendants.

ORDER TO SHOW CAUSE
and
ORDER SETTING STATUS CONFERENCE

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case is before this court pursuant to an Order of Reference to Magistrate Judge issued by District Judge Marcia S. Krieger on April 4, 2007. (Docket No. 10).

This action was commenced in the District Court, Adams County, Colorado, on or about January 23, 2007. (Docket No. 1). Nevertheless, the plaintiffs have not yet filed proof that they have served defendant Susan Kopcinski.

Rule 4(m) of the Federal Rules of Civil Procedure provides in relevant part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant and direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. . . .

2

Fed. R. Civ. P. 4(m).

Based upon the foregoing, it is hereby

**ORDERED** that on August 9, 2007, at 8:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a Show Cause Hearing will be held by phone during which the plaintiffs shall show cause why this case should not be dismissed as against defendant Susan Kopcinski pursuant to Fed. R. Civ. P. 4(m).  It is further

**ORDERED** that the plaintiffs shall forthwith serve defendant Susan Kopcinski and file with the court proof of such service.  It is further

**ORDERED** that a Status Conference will also be held on August 9, 2007, at 8:30 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Counsel for the parties may participate by telephone.  Counsel for plaintiff shall initiate the conference call.  The court's telephone number for that conference is (303) 844-2403.

Dated:      June 6, 2007              s/ Michael J. Watanabe
            Denver, Colorado          Michael J. Watanabe
                                      United States Magistrate Judge