IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00595-MSK-MJW

JANIS M. REIGEL, individually,
BRENT A. REIGEL, individually, and
BRADLEY REIGEL, individually,

       Plaintiffs,

v.

CANYON SUDAR PARTNERS, L.L.C., a Delaware Limited Liability Company,
SAVASENIORCARE, L.L.C., a Delaware Limited Liability Company,
SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C., a Delaware Limited Liability Company, and
SSC THORNTON OPERATING COMPANY, L.L.C., a Delaware Limited Liability Company, all d/b/a ALPINE LIVING CENTER,
SUSAN KOPCINSKI, individually,
JACKIE CHO, individually, and
SARAH PEMKIEWICZ,

       Defendants.
_____

**ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER DENYING STIPULATED MOTION FOR EXTENSION OF TIME**
_____

**THIS MATTER** comes before the Court pursuant to the Motion for Reconsideration of Order Denying Stipulated Motion for Extension of Time **(#66)**.

    1. The Plaintiffs have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

    2. The Plaintiffs have not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 6.1(D),

3. The Plaintiffs did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect or Word format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2.

**IT IS THEREFORE ORDERED** that the Motion **(#66)** is **DENIED**, without prejudice.

Dated this 14th day of June, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge