IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00595-MSK-MJW

JANIS M. REIGEL, individually,
BRENT A. REIGEL, individually, and
BRADLEY REIGEL, individually,

       Plaintiffs,

v.

CANYON SUDAR PARTNERS, L.L.C., a Delaware Limited Liability Company,
SAVASENIORCARE, L.L.C., a Delaware Limited Liability Company,
SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C., a Delaware Limited
Liability Company, and
SSC THORNTON OPERATING COMPANY, L.L.C., a Delaware Limited Liability Company,
all d/b/a ALPINE LIVING CENTER,
SUSAN KOPCINSKI, individually,
JACKIE CHO, individually, and
SARAH PEMKIEWICZ,

       Defendants.

---

## ORDER RE: PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING STIPULATED MOTION FOR EXTENSION OF TIME

---

THIS MATTER is before the Court on Plaintiff's Motion for Reconsideration of Order

Denying Stipulated Motion for Extension of Time (**#70**).  There being no opposition, it is

**ORDERED** that the Motion (**#70**) **is GRANTED**.  The Plaintiffs shall have an extension

of time to respond to Defendants' Motion to Dismiss up to and including July 9, 2007.     No

further extension shall be granted.

   Dated this 15th day of June, 2007

        **BY THE COURT:**

        Marcia S. Krieger
        United States District Judge