IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00595-MSK-MJW

JANIS M. REIGEL, et al.,

Plaintiff(s),

v.

CANYON SUDAR PARTNERS, LLC., et al,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion for Entry of Confidentiality Stipulation and Protective Order Regarding Arbitration Related Discovery (docket no. 106) is GRANTED.  The written Confidentiality Stipulation and Protective Order Regarding Arbitration Related Discovery is APPROVED as amended in paragraphs 22, 23, 27 and 31.

Date: July 27, 2007