IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00595-MSK-MJW

JANIS M. REIGEL, et al.,

Plaintiff(s),

v.

CANYON SUDAR PARTNERS, LLC., et al,

Defendant(s).

ORDER

It is hereby ORDERED that Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Objection to Magistrate Judge Watanabe's Order Relating to Plaintiffs' Request to Take Discovery on Arbitration Issues (docket no. 88) is DENIED. Magistrate Judge Watanabe granted Plaintiffs' Motion for Leave to Take Limited Discovery in Support of Defenses to Defendants' Arbitration Demand (docket no. 47). See record of court proceedings for details of Magistrate Judge Watanabe's ruling held on June 6, 2007 (docket no. 62).  Defendants have appealed Magistrate Judge Watanabe's ruling on (docket no. 47) and Magistrate Judge Watanabe's Rule 16 Scheduling Order (docket nos. 62).  See Appeal of Magistrate Judge Watanabe's Decisions (docket nos. 74 and 80).  Accordingly, I find no basis of law or fact to grant the relief sought in the subject motion (docket no. 88).  Moreover, for those additional reasons as stated in the Plaintiffs' response (docket no. 104) to the subject motion, the subject motion should be DENIED.

Signed and dated this 31st Day of July, 2007

BY THE COURT:

S/Michael J. Watanabe
MICHAEL J. WATANABE
US Magistrate Judge