IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00595-MSK-MJW

JANIS M. REIGEL, et al.,

Plaintiff(s),

v.

CANYON SUDAR PARTNERS, LLC., et al,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Motion for Sanctions Pursuant to F.R.C.P. [sic] 37 (docket no. 123) is GRANTED.  Defendants were given until August 29, 2007, to file any response to the subject motion.  (See docket no. 125.)  Defendants have failed to file any response to the subject motion and therefore this court deems the motion confessed.

It is FURTHER ORDERED that Defendants shall provide responses to Plaintiffs' discovery requests as outlined in exhibit 1 attached to Plaintiffs' Motion for Sanctions Pursuant to F.R.C.P. [sic] 37 (docket no. 123) on or before September 14, 2007.  That each party shall pay their own attorney fees and costs for this motion.

Date:  August 30, 2007