IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00595-MSK-MJW

JANIS M. REIGEL, et al.,

Plaintiffs,

v.

CANYON SUDAR PARTNERS, LLC., et al,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion Regarding Arbitration Discovery and Withdrawal of Pending Motions (Docket No. 137) is granted to the extent that Defendants' Motion to Strike Plaintiffs' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37 (Docket No. 127) and Defendants' Motion for Protective Order (Docket No. 128) are deemed withdrawn.

Date: September 28, 2007