IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-CV-00595-MSK-MJW

JANIS M. REIGEL, individually,
BRENT A. REIGEL, individually, and
BRADLEY REIGEL, individually,

      Plaintiffs,

v.

CANYON SUDAR PARTNERS, L.L.C., a Delaware Limited Liability Company,
SAVASENIORCARE, L.L.C., a Delaware Limited Liability Company,
SAVASENIORCARE ADMINISTRATIVE SERVICES, L.L.C., a Delaware Limited
Liability Company,
SSC THORNTON OPERATING COMPANY, L.L.C., a Delaware Limited Liability
Company, all d/b/a ALPINE LIVING CENTER;
SUSAN KOPCINSKI, individually;
JACKIE CHO, individually, and
SARAH PEMKIEWICZ,

      Defendants.

---

**ORDER RE: STIPULATED MOTION FOR MODIFICATION OF THE
SCHEDULING ORDER [~~Docket No. 61~~** ( Docket No 151)

---

THIS MATTER having comes before the Court on the Stipulated Motion for

Modification of the Scheduling Order [Docket No. ~~61~~ 151] and the Court having been fully

advised in the premises,

*The motion is granted And*

HEREBY ORDERS that the Scheduling Order [Docket No. 61] be modified as

follows:

a. Plaintiff's expert disclosures shall be due on or before December 6, 2007.

b. Defendant's expert disclosures shall be due on or before February 7, 2008.

c. Rebuttal experts shall be disclosed on or before March 10, 2008.

d. Discovery cut-off: March 31, 2008.

e. Last day to serve discovery: February 28, 2008.

f. Dispositive motion deadline: April 30, 2008.

Done this 2th day of November, 2007

Honorable Marcia S. Krieger

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO